**Order filed, October 02, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-14-00532-CR
_____

**ADRIAN HEATH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 359th District Court
Montgomery County, Texas
Trial Court Cause No. 12-03-02580 CR**

---

## ORDER

The reporter's record in this case was due **September 19, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Darlene Forville**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM